PROPOSED ORDER/COVER SHEET

**FILED**
JAN 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: **DILLARD, DWIGHT**

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: **CR05-00779-SBA**

DATE: January 6, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

SILVIO LUGO
U.S. Pretrial Services Supervisor

510-637-3750
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☒ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on TUESDAY, 1/10/06 at 10:00 am.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JUDICIAL OFFICER

1-6-06
DATE

cc: WDB's stats, Copy to parties via ECF
Pretrial, Financial, Lisa



**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Amelia Berthelsen
U.S. Pretrial Services Technician

**Subject:** Dwight, Dillard
4-05-00779-SBA

**Date:** January 6, 2006

# MEMORANDUM

Your Honor,

On December 13, 2005, the above noted defendant initially appeared before the Court charged in an Indictment with violations of Title 18, United States Code, Section 1344(1)-Bank Fraud; Title 18, United States Code, Section 1028 (a)(1)-Fraudulent Production of Identification Documents; Title 18, United States Code, Section 1028(a)(3)-Fraudulent Possession of Five or More Identification Documents; Title 18, United States Code, Section 1028(a)(7)-Fraudulent Possession and Use of Identification of Another to Commit a Felony; and Title 18, United States Code, Section 1029(a)(3)-Fraudulent Possession of More than Fifteen Access Devices. He was released on his own recognizance without Pretrial Services supervision. Mr. Dillard's next court date is scheduled for January 10, 2006, at 9:00 am, before the Honorable Saundra Brown Armstrong, U.S. District Court Judge, for a Trial Setting or Status Hearing.

In light of the defendant's arrest history, Pretrial Services would submit the enclosed record check report for Your Honor's review.

This memorandum is submitted for Your Honor's information and review.

Respectfully Submitted,

Amelia Berthelsen
U.S. Pretrial Services Technician

Reviewed by

Silvio Lugo, Senior Supervisor
U.S. Pretrial Services Officer